UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FERMIN CRUZ and BELINDA ROMERO-BARRON, individually and in behalf of all other persons similarly situated,

                Plaintiffs,

– against –

HAM N EGGERY INC. d/b/a NEW YORK DELI, NEW YORK CAFETERIA INC. d/b/a NEW YORK CAFETERIA, and KOSTAS KALOUDIS, jointly and severally,

                Defendants.

ORDER

15-CV-3228



**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiffs' letter-motion to reopen the case is granted. *See* ECF No. 34. The Clerk of Court is directed to reopen the case.

The parties shall appear on July 20, 2016 at 11:45 a.m. in Courtroom 10B South to set a trial date. Plaintiffs Fermin Cruz and Belinda Romero-Barron, as well as individual defendant Kostas Kaloudis, shall appear in person with counsel.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: July 11, 2016
Brooklyn, New York

